UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHALOBE QUINCY LOUIS,<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARCK, Warden,<br><br>          Respondent. | No. CV 06-2690 PA (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 23, 2010

PERCY ANDERSON
United States District Judge